# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM R. SOREY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | )   Case No. 3:11-cv-0859 |
| | )   Judge Trauger |
| v. | ) |
| | ) |
| YRC, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 27) is **GRANTED** in part and **DENIED** in part. The defendant's motion to dismiss the plaintiff's retaliation claims brought under the Rehabilitation Act and the Tennessee Human Rights Act ("THRA") is **GRANTED**. Moreover, the defendant's motion to dismiss the plaintiff's failure to accommodate claim brought under the THRA is also **GRANTED**. The defendant's motion to dismiss the plaintiff's failure to accommodate claim brought under the Rehabilitation Act is **DENIED**.

It is further **ORDERED** that the clerk file the Amended Complaint attached as Exhibit A to the plaintiff's Motion to Amend (Docket No. 22).

It is so Ordered.

Entered this 6th day of January 2012.

_____
ALETA A. TRAUGER
United States District Judge

1