IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM R. SOREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:11-cv-00859 |
| | ) |
| YRC, INC., | ) |
| | ) |
| Defendant. | ) |

PROPOSED ORDER GRANTING MOTION FOR
EXTENSION OF DISCOVERY DEADLINE

Upon Motion of Counsel for Plaintiff, it is hereby ORDERED that the discovery deadline in this matter is extended to July 31, 2012.

IT IS SO ORDERED.

Dated this ___ day of _____, 2012.

_____
JUDGE

Approved for Entry:

*s/Michelle Owens*
Michelle Owens
Agee Owens, LLC
3340 Perimeter Hill Dr.
Nashville, TN 37211
(615) 300-8546
*Attorney for Plaintiff*