# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

WILLIAM R. SOREY,                          )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )        Civil No. 3:11-0859
                                           )        Judge Trauger
YRC, INC.,                                 )
                                           )
        Defendant.                         )

## **O R D E R**

The defendant's Motion For Leave to Exceed Page Limit (Docket No. 52) is

**GRANTED**.  The Plaintiff's Motion to Strike Defendant's Memorandum in Support of Motion

For Summary Judgment and Defendant's Statement of Undisputed Facts in Support of

Defendant's Motion For Summary Judgment (Docket No. 51) is **DENIED**.

It is so **ORDERED**.

ENTER this 17th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge