UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM R. SOREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 3:11-cv-0859 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| YRC INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Defendant YRC Inc.'s Motion for Summary Judgment (Docket No. 48) is **GRANTED** and this case is **DISMISSED**.

Entry of this order shall constitute the judgment in this case.

It is so ordered.

Enter this 19th day of November 2012.

_____
ALETA A. TRAUGER
United States District Judge

1