UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **WILLIAM R. SOREY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | )   Case No. 3:11-cv-0859 |
| | )   **Judge Trauger** |
| **v.** | ) |
| | ) |
| **YRC INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Defendant YRC Inc.'s Motion for Summary Judgment (Docket No. 48) is **GRANTED** and this case is **DISMISSED**.

Entry of this order shall constitute the judgment in this case.

It is so ordered.

Enter this 19th day of November 2012.

_____
ALETA A. TRAUGER
United States District Judge